UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS JOSEPH TENWINKLE, | Case No. 21-cv-09081-JSW |
| Plaintiff, | |
| v. | **ORDER VACATING HEARING AND ORDERING PLAINTIFF TO SHOW CAUSE** |
| RICHARDSONS BAY REGIONAL AGENCY, et al., | Re: Dkt. No. 17 |
| Defendants. | |

On April 4, 2022, Defendants filed a motion to dismiss. Under the Northern District Civil Local Rules, Plaintiff's response to that motion should have been due on April 18, 2022. Although this case was reassigned, the reassignment did not alter the briefing schedule. (*See* Dkt. No. 21.) To date, Plaintiff has not filed an opposition.

The Court VACATES the hearing scheduled for May 27, 2022, and it HEREBY ORDERS Plaintiff to show cause why the Court should not grant Defendant's motion as unopposed or, alternatively, why the Court should not dismiss the matter for failure to prosecute.

If Plaintiff seeks to file an untimely opposition, he must file a motion for leave to late file with his proposed opposition brief. Plaintiff's response to this Order to Show Cause and any request to belatedly oppose Defendants' motion shall be filed by May 17, 2022. If Plaintiff fails to respond by that date, the Court shall dismiss this case without prejudice for failure to prosecute.

//

//

//

//

//

1    If Plaintiff does respond and the Court permits him to belatedly oppose the motion, the

2  Court will set a deadline for Defendants to reply.

3      **IT IS SO ORDERED**.

4  Dated: May 4, 2022

5  _____

6  JEFFREY S. WHITE
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2