United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOUIS JOSEPH TENWINKLE,

                    Plaintiff,

          v.

RICHARDSONS BAY REGIONAL
AGENCY, et al.,

                    Defendants.

Case No.  21-cv-09081-JSW

**ORDER DISMISSING WITHOUT PREJUDICE**

Re: Dkt. No. 39

On October 17, 2022, the Court issued an order directing Plaintiff to show cause why it should not grant Defendants' motion to dismiss as unopposed based on his failure to respond to the motion or, alternatively, why the Court should not dismiss this case for failure to prosecute. Plaintiff's response was due on October 28, 2022, and the Court advised Plaintiff that if he failed to respond by that date, the Court would dismiss this case without prejudice for failure to prosecute.  Plaintiff has not filed a response to the order to show cause or a request to file a belated opposition to Defendants' motion.  Accordingly, the Court DISMISSES this case WITHOUT PREJUDICE for failure to prosecute.

          **IT IS SO ORDERED**.

Dated: November 1, 2022

_____
JEFFREY S. WHITE
United States District Judge